UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF MISSISSIPPI
GULFPORT DIVISION

IN RE: BYRON DAVID SMITH                                            CASE NO. 25-51499

DEBTOR                                                                             CHAPTER 7

---

**TRUSTEE'S REPORT OF POSSIBLE ASSETS**

---

**COMES NOW**, Zachary S. Wessler, Sr., the Chapter 7 Trustee ("Trustee") for the above captioned case who states that, the Trustee has discovered possible assets the administration of which may result in the payment of a dividend to creditors. Accordingly, through this filing, the Trustee requests the Bankruptcy Clerk's Office to notify all creditors of record of the deadline to file claims pursuant to Federal Rule of Bankruptcy Proceeding 3002(c)(5).

**RESPECTFULLY SUBMITTED** on this the 12th day of November, 2025.

                                                  **ZACHARY S. WESSLER, SR., CH. 7 TRUSTEE**

                                                  */s/Zachary S. Wessler, Sr.*
                                                  ZACHARY S. WESSLER, SR.
                                                  1806 23rd Avenue, Suite A
                                                  Gulfport, MS 39501
                                                  Telephone: (228) 207-0496
                                                  Email: chapter7trustee@wesslerlawgroup.com

2

## CERTIFICATE OF SERVICE

I, ZACHARY S. WESSLER, SR., do hereby certify that I have this date electronically transmitted *via* CM/ECF Noticing, a true and correct copy of the above and foregoing *Trustee's Report of Possible Assets* to all counsel of record.

**SO CERTIFIED** this the 12th day of November, 2025.

**ZACHARY S. WESSLER, SR., CH. 7 TRUSTEE**

/s/Zachary S. Wessler, Sr.
ZACHARY S. WESSLER, SR.
1806 23rd Avenue, Suite A
Gulfport, MS 39501
Telephone: (228) 207-0496
Email: chapter7trustee@wesslerlawgroup.com

2