United States Bankruptcy Court
Southern District of Mississippi

| | |
|---|---|
| In re: | Case No. 25-51499-KMS |
| Byron David Smith | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 1 of 2 |
| Date Rcvd: Nov 12, 2025 | Form ID: n023 | Total Noticed: 7 |

The following symbols are used throughout this certificate:
**Symbol     Definition**

\+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 14, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Byron David Smith, 18000 Larue Rd, Vancleave, MS 39565-7774 |
| 5572833 | + | SBA Office of General Counsel, 409 3rn SW, Washington, DC 20416-0001 |
| 5572832 | + | Sara M. Smith, 15213 Cypress Way, Biloxi, MS 39532-5403 |
| 5572835 | + | Small Business Admin c/o U. S. Attorney, 1575 20th Ave, Gulfport, MS 39501-2040 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| 5572830 | EDI: BANKAMER | Nov 13 2025 01:48:00 | Bank of America, Attn: Bankruptcy, PO Box 15019, Wilmington, DE 19886-5019 |
| 5572829 | EDI: BANKAMER | Nov 13 2025 01:48:00 | Bank of America, PO Box 982238, El Paso, TX 79998-2238 |
| 5572831 | EDI: CAPITALONE.COM | Nov 13 2025 01:48:00 | Capital One, PO Box 31293, Salt Lake City, UT 84131-0293 |

TOTAL: 3

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.
NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 14, 2025          Signature:          /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 12, 2025 at the address(es) listed below:

**Name**                              **Email Address**

| | | |
|---|---|---|
| District/off: 0538-6 | User: mssbad | Page 2 of 2 |
| Date Rcvd: Nov 12, 2025 | Form ID: n023 | Total Noticed: 7 |

Christopher Davis
    on behalf of Debtor Byron David Smith chris@davisanddavis.net
    davisecf65@gmail.com;davis.christophera.b112414@notify.bestcase.com

United States Trustee
    USTPRegion05.JA.ECF@usdoj.gov

Zachary S Wessler, Sr
    chapter7trustee@wesslerlawgroup.com
    meredith@symmesestes.com;MS17@ecfcbis.com;Wessler.ZacharyR140624@notify.bestcase.com

Zachary S. Wessler, Sr
    on behalf of Trustee Zachary S Wessler Sr zach@symmesestes.com, meredith@symmesestes.com;gina@symmesestes.com

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF MISSISSIPPI**

| | |
|---|---|
| In re: | Case No.: 25−51499−KMS |
| Byron David Smith<br>18000 Larue Rd<br>Vancleave, MS 39565 | Chapter 7 |

Social Security/ Individual Taxpayer ID/ Employer Tax ID/ Other Nos.:
xxx−xx−3366

*Debtor

**NOTICE OF NEED TO FILE PROOF OF CLAIM**
**DUE TO RECOVERY OF ASSETS**

**NOTICE IS GIVEN THAT:**

The initial notice in this case instructed creditors that it was not necessary to file a proof of claim. Since that notice was sent, assets have been recovered by the trustee.

Creditors who wish to share in any distribution of funds must file a proof of claim with the clerk of the bankruptcy court at the address below on or before **February 10, 2026**.

Creditors who do not file a proof of claim on or before the date might not share in any distribution from the debtor's estate.

A proof of claim form (Official Form 410) may be obtained at www.uscourts.gov or any bankruptcy clerk's office. The proof of claim may be filed by regular mail. To receive acknowledgment of your filing, you may either enclose a stamped self−addressed envelope and a copy of the proof of claim or you may access the court's PACER system (Public Access to Court Electronic Records) at www.pacer.gov to view your filed proof of claim.

There is no fee for filing a claim.

**Any creditor who has filed a proof of claim already need not file another proof of claim.**

Address of the Bankruptcy Court:

Clerk, U.S. Bankruptcy Court
Southern District of Mississippi
Dan M. Russell, Jr. U.S. Courthouse
2012 15th Street, Suite 244
Gulfport, MS 39501
228−563−1790

Date: 11/12/25                                          Danny L. Miller, Clerk of Court

---

*Set forth all names, including trade names, used by the debtor within the last 8 years. For joint debtors, set forth the last four digits of both social−security numbers or individual taxpayer−identification numbers.

Form n023 Rev. 12/15 (B2040)